AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Mina Nashed et al | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 23-cv-9122 TAM |
| Candela Restaurant Corp., et al | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Levin-Epstein & Associates, P.C.
    Attn: Joshua Levin-Epstein, Esq.
       Jason Mizrahi, Esq.
    60 East 42nd Street, Suite 4700
    New York, New York 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 12/13/2023

*s/Kimberly Davis*

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-9122 TAM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by **Fed. R. Civ. P. 4** (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

**LEVIN-EPSTEIN & ASSOCIATES, P.C.**

---

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0046 • E: Joshua@levinepstein.com

## **RIDER**

Candela Restaurant Corp.
7704 3rd Ave.
Brooklyn, NY 11209

Candela Restaurant Corp.
8305 3rd Ave.
Brooklyn, NY 11209

Lamoza Mediterranean Cafe LLC
7704 3rd Ave.
Brooklyn, NY 11209

Lamoza Mediterranean Cafe LLC
8305 3rd Ave.
Brooklyn, NY 11209

Fady Genges
7704 3rd Ave.
Brooklyn, NY 11209

Fady Genges
8305 3rd Ave.
Brooklyn, NY 11209

Waleed Mina
7704 3rd Ave.
Brooklyn, NY 11209

Amir Andraous
8305 3rd Ave.
Brooklyn, NY 11209

Amir Andraous
7704 3rd Ave.
Brooklyn, NY 11209

Amir Andraous
8305 3rd Ave.
Brooklyn, NY 11209